THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHUC MINH HUYNH,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Foreign Company,<br><br>    Defendants. | No.: 2:20-Cv-01593-RAJ-DWC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND REMOVED ACTION TO STATE COURT |

## I. STIPULATION

Phuc Minh Huynh ("Plaintiff") Defendant Security National Insurance Company ("Security National") stipulate and agree as follows:

1. On September 21, 2020 Plaintiff commenced this action in King County Superior Court of the State of Washington entitled *Phuc Minh Huynh v. Security National Insurance Company*, Case No. 20-2-14113-5 SEA (the "Action").

2. The State of Washington Office of the Insurance Commissioner accepted service of the Summons and Complaint filed in the Action, on behalf of Security National, on September 24, 2020.

STIPULATION AND ORDER TO REMAND TO STATE COURT
No.: 2:20-cv-01593-RAJ-DWC

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

3. On October 29, 2020 Security National filed a Notice of Removal of the Action pursuant to 28 U.S.C. §1446(b) with the United States District Court for the Western District of Washington.

4. On October 29, 2020 Security National completed the removal process by filing a conformed copy of the Notice of Removal with the King County Superior Court for the State of Washington.

5. On November 3, 2020 Plaintiff filed a Motion to Remand with this Court. Plaintiff alleges total damages of $27,316.56 and does not expect combined attorney and witness fees to approach $47,683.45 (amount needed to meet the $75,000 threshold).[1] Plaintiff also indicated his intent to move this matter into Superior Court Mandatory Arbitration.

6. After some discussion, the parties have agreed that the Action should be remanded to King County Superior Court. To that end, the parties hereby stipulate that the Action should be remanded to King County Superior Court.

7. The parties further stipulate that each party shall bear its own attorney fees with respect to Defendant's Notice of Removal and Plaintiff's Motion to Remand.

8. Security National agrees to pay any and all court costs and filing fees associated with the remand of this Action back to King County Superior Court. Consistent to paragraph 7, these court costs and filing fees shall not include Plaintiff's attorney fees.

DATED: November 24, 2020

| Law Offices of Lawrence M. Katz, PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By */s/ Lawrence M. Katz* | By */s/ Michael A. Guadagno* <br> Michael A. Guadagno, WSBA # 34633 |

---

[1] The operative time for a determination of the amount in controversy is the time of removal. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005).

STIPULATION AND ORDER TO REMAND TO STATE COURT
No.: 2:20-cv-01593-RAJ-DWC

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| Lawrence M. Katz, WSBA # 21761<br>lawrencekatz@comcast.net<br><br>Attorney for Plaintiff Phuc Minh Huynh: | Gurpreet S. Gill, WSBA # 55817<br>michael.guadagno@bullivant.com<br>gurpreet.gill@bullivant.com<br><br>Attorneys for Defendant Security National Insurance Company: |

## **ORDER**

This matter having come before the Court on the Parties' Stipulation and Proposed Order to Remand to State Court. Based on agreement of the parties that the amount in controversy did not exceed $75,000.00 at the time of Defendant's October 29, 2020 Removal to the United States District Court for the Western District of Washington, it is ORDERED this case is remanded to King County Superior Court under the previous cause number of 20-2-14113-5 SEA.

Dated this 24th day of November, 2020.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER TO REMAND TO STATE COURT
No.: 2:20-cv-01593-RAJ-DWC

Page 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930